UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CAROL BETH LITKOUHI,

      Plaintiff,                            Judge _____

v                                      No. 26-10552

ROCHESTER COMMUNITY SCHOOLS DISTRICT,
a government entity, MICHELLE BUELTEL, an individual
in her official capacity as a School Board Member, JESSICA GUPTA,
an individual in her official capacity as a School Board Member,
JULIE ALSPACH, an individual in her official
capacity as a School Board Member, JAYSON BLAKE, an individual
in his official capacity as a School Board Member, and BARB ANNESS,
an individual in her official capacity as a School Board Member,

      Defendants.

_____/

| | |
|---|---|
| DEREK A. WILCOX (P66177) | KENNETH B. CHAPIE (P66148) |
| PATRICK J. WRIGHT (P54052) | LINDSAY P. HAZEN (P85861) |
| MACKINAC CENTER LEGAL | GIARMARCO, MULLINS & HORTON, P.C. |
| FOUNDATION | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | 101 W. Big Beaver Road, 10th Floor |
| 140 West Main Street | Troy, MI 48084-5280 |
| Midland, MI 48640 | (248) 457-7048 |
| (989) 631-0900 | kchapie@gmhlaw.com |
| wilcox@mackinac.org | lhazen@gmhlaw.com |

## **<u>NOTICE OF REMOVAL</u>**

Defendants, ROCHESTER COMMUNITY SCHOOLS DISTRICT,

MICHELLE BUELTEL, JESSICA GUPTA, JULIE ALSPACH, JAYSON BLAKE,

and BARB ANNESS, by and through their attorneys, GIARMARCO, MULLINS &

HORTON, P.C., files this Notice of Removal pursuant to 28 USC §1441, thereby

removing this action from the 52nd District Court for the County of Oakland, State

of Michigan, to the United States District Court for the Eastern District of Michigan. Removal of this action is premised on the following grounds:

1.      This Notice of Removal is being filed pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2.      On February 4, 2026, Plaintiff filed a Complaint against the above Defendants in the Oakland County District Court (**Exhibit A**, Complaint). On February 10, 2026, Counsel for Defendant informed Plaintiff they would accept service.

3.      The action pending in Oakland County District Court has the Case Number 26-00795-GZ. The Oakland County 52-3 District Court, which is located in Rochester Hills, Michigan, is within the Eastern District of Michigan; therefore, this matter is being removed "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.      Plaintiff's Complaint alleges the following causes of action against Defendants:

a.      Count I: Free Speech Violations pursuant to the First Amendment and

2

the Michigan Constitution, Const 1963, art 1, section 5;

      b.      Count II: Unconstitutional vagueness pursuant to an unidentified Constitution;

      c.      Count III: Violation of the Michigan Revised School Code, MCL 380.1 et seq.;

      d.      Count IV: Public Policy Violation of Michigan's Freedom of Information Act, MCL 15.243, Michigan's Open Meetings Act, MCL 15.261 et seq., and Michigan's Management and Budget Act, MCL 18.1101 et seq.; and

      e.      Count V: First Amendment Retaliation.

5.      This Court has original jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. § 1331, which provides that, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.      Counts I and V (and potentially Count II) allege violations of the First Amendment of the United State Constitution. (**Ex. A** at ¶¶ 30-37, 85-89).

8.      This Court has jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367, which grants this Court supplemental jurisdiction because the events arise out of the same transaction and occurrence.

9.      This Notice is filed with the Court within the timeline contemplated by 28 U.S.C. § 1446(1).

10.     Contemporaneous with this filing, Defendant has filed a Notice of Removal in the Oakland County District Court and provided notice to Plaintiff, as the Adverse Party, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants, ROCHESTER COMMUNITY SCHOOLS DISTRICT, MICHELLE BUELTEL, JESSICA GUPTA, JULIE ALSPACH, JAYSON BLAKE, and BARB ANNESS, respectfully request that the Court exercise jurisdiction over this matter and that the above-captioned matter be removed from Oakland County District Court and into the United States District Court for the Eastern District of Michigan.

/s/KENNETH B. CHAPIE (P66148)
GIARMARCO, MULLINS & HORTON, PC
*Attorney for Defendant*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7048
kchapie@gmhlaw.com

DATED: February 17, 2026

4